June CADEL v. SHERBURNE CORPORATION, No. 438-79

July 15, 1980. Motion to submit additional briefing material for purposes of additional argument is granted.

Hill, J.

STATE of Vermont v. Peter Isaac DIAMONDSTONE, No. 472-79

Appeal from District Court, Unit No. 6, Windham Circuit.

July 15, 1980. Appeal dismissed for failure to comply with the order dated June 3, 1980.

J. C. DURICK INSURANCE v. Peter ANDRUS, No. 3-80

July 15, 1980. Motion to strike denied.

Hill, J.

VERMONT AGENCY OF TRANSPORTATION v. Peter I. DIAMONDSTONE and Doris E. Diamondstone, No. 108-80

July 15, 1980. Motion to vacate order and for rehearing denied.

STATE of Vermont v. Raymond L. REBIDEAU, No. 139-80

July 15, 1980. Motion for permission to inspect denied. See V.R.Cr.P. 32(c)(3).

Hill, J.

STATE of Vermont v. Raymond L. REBIDEAU, No. 139-80

July 22, 1980. Motion to inspect is denied. See 28 V.S.A. § 204(d).

Hill, J.

STATE of Vermont v. Henry C. HASTINGS, No. 249-80

July 22, 1980. The order denying the motion to amend the conditions of release is unsupported for failure to give the movant an opportunity to contest the State's representations made in opposition to the motion. Moreover, the conclusions of the court are improperly based upon the findings of another judge in an entirely different matter. Order of 12 June 1980 vacated. Remanded for an evidentiary hearing. 13 V.S.A. § 7556(b).

Daley, J.

Hans Walter VAHLTEICH and Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 316-78

July 25, 1980. Motion to substitute decedent's executrix for decedent as a party to this appeal is granted. V.R.A.P. 43(a).

Daley, J.

Kenneth R. LOCKE, Jr. v. ROWELL BROTHERS, INC., No. 148-79